IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**TOMMY LEE ROSS,**

**Defendant.**                                                      No. 98-CR-30172-DRH

## ORDER

**HERNDON, District Judge:**

  Pending before the Court is Ross' motion for release pending revocation hearing (Doc. 33). Specifically, Ross moves the Court to allow him to be released pending his November 4, 2005 revocation hearing. The Government and the United States Probation Office do not object to Ross' request. The Court being fully advised in the matter **GRANTS** the motion based on the following provisions:

  (1) Ross finish one month of pre-hearing confinement in the Tr-County Detention Center;
  (2) All conditions of Ross' supervised release remain the same;
  (3) Ross participate in anger management counseling;
  (4) Ross enter treatment for alcohol abuse;
  (5) Ross refrain from all alcoholic beverages; and
  (6) Ross comply with all reporting requirements.

The Court **ORDERS** Ross released pending his revocation hearing on November 4,

2005 and that he be released no later than Monday, May 9, 2005.

**IT IS SO ORDERED.**

Signed this 5th day of May, 2005.

<u>/s/   David RHerndon</u>
**United States District Judge**